IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| RAMIRO TREVINO | § | |
| VS. | § | CIVIL ACTION NO. 9:22cv116 |
| FEDERAL BUREAU OF PRISONS | § | |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Petitioner Ramiro Trevino, an inmate confined at the Lewis Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

### Discussion

Petitioner complains of a detainer lodged against him by federal authorities. He also seeks credit towards a federal sentence for time spent in state custody.

Petitioner previously filed a substantially identical petition for writ of habeas corpus that has been assigned civil action number 9:22cv19. The prior petition remains pending before this court. As a result, the above-styled petition should be dismissed without prejudice as repetitious.

### Recommendation

This petition for writ of habeas corpus should be dismissed without prejudice as repetitious.

### Objections

Within 14 days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to timely file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within 14 days after service shall bar an aggrieved

party from entitlement to *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error.  *Douglass v. United Services Automobile Association,* 79 F.3d 1415, 1430 (5th Cir. 1996) *(en banc)*; 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 14th day of September, 2022.

_____
Zack Hawthorn
United States Magistrate Judge